IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CR-315-1H

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| GREGORY JAMES BERRY, ) | |
| Defendant. ) | |

This matter was scheduled for Defendant's plea upon a criminal information at the court's December 9, 2013, criminal term. This matter is hereby continued to the court's January 7, 2014, term of court.

This 11th day of December 2013, for December 9, 2013.

_____
KIMBERLY A. SWANK
United States Magistrate Judge