IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CR-315-H
No. 5:16-CV-14-H

GREGORY JAMES BERRY,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

ORDER

For good cause having been shown upon the motion of the Respondent for supplemental briefing, it is hereby

ORDERED that the Respondent have up to and including July 18, 2016, in which to file a supplemental briefing, and for Petitioner to have up to August 8, 2016, to file a supplemental response.

This 27th day of June 2016.

*[signature]*
MALCOLM J. HOWARD
Senior United States District Judge