IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CR-315-H
No. 5:16-CV-14-H

GREGORY JAMES BERRY,
    Petitioner,

v.

UNITED STATES OF AMERICA,
    Respondent.

**ORDER**

This matter is before the court on petitioner's motion to withdraw his motion filed pursuant to 28 U.S.C. § 2255. The court grants the motion to withdraw [DE #53]. The clerk is directed to terminate petitioner's § 2255 motion filed on January 6, 2016 [DE #31] as well as the motion to dismiss associated with this matter [DE #35], the motion for briefing order [DE #51], any other pending motions related to the § 2255 motion, and the associated civil case.

This 25th day of April 2017.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26